UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 16-683 PA (MRW) | Date | April 26, 2016 |
|---|---|---|---|
| Title | Odish v. Lynch | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff / Petitioner: | | Attorneys Present for Defendant / Respondent: |
| None present | | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: FAILURE TO UPDATE MAILING ADDRESS

    1.    Petitioner is a *pro se* litigant in this federal habeas action. When the Court recently issued an order to the government – and mailed a copy of the document to Petitioner's current address of record – the post office returned the item as undeliverable. (Docket # 4.) The prison indicated that Petitioner has been released, which may render the action moot.

    The Court previously informed Petitioner of his responsibility to notify the Court and defense counsel of any change of address and the effective date of the change. (Docket # 3.) If Petitioner fails to keep the Court informed of a correct mailing address, this case may be dismissed under Local Rule 41-6, which states as follows:

> **If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution.**

    Based on the recent return of mail, the Court has reason to suspect that Petitioner failed to properly update his address with the Court. The Court also suspects that the pending habeas action may be moot. Therefore, by June 16, 2016, Petitioner will file a sworn notice with the Court indicating his current, accurate mailing address. Failure to do so may lead the Court to conclude pursuant to Federal Rule of Civil Procedure 41 that Petitioner has no interest in prosecuting this action further or is willing to abide by court orders.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | ED CV 16-683 PA (MRW) | Date | April 26, 2016 |
|---|---|---|---|
| Title | Odish v. Lynch | | |

2. The Court relieves the government of its obligation to respond to the Petitioner until further order.